1012

[No. 50668-4-I. Division One. August 18, 2003.]

RAELEA A. OLSON, *Respondent*, v. JOSEPH E. GERACE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-3-50471-6, Laura Gene Middaugh, J., entered May 24, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50704-4-I. Division One. August 18, 2003.]

PATRICK VUKICH, *Respondent*, v. DARYL DAHLQUIST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-28320-2, James A. Doerty, J., entered June 7, 2002. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Ellington, JJ.

[No. 50712-5-I. Division One. August 18, 2003.]

JOSEPH PELLEGRINI, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 01-2-10184-6, James A. Doerty, J., entered June 6 and 18, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker, C.J., and Grosse, J.

[No. 50720-6-I. Division One. August 18, 2003.]

*In the Matter of the Marriage of* BARRY DORSEY, *Respondent*, and JULIE DORSEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-3-04946-7, Patricia H. Clark, J., entered May 14, 2002. *Affirmed* by unpublished per curiam opinion.